IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00172-CV

 

O'Brien Murphy Family  Trust,

                                                                      Appellant

 v.

 

THE State of Texas, ET AL.,

                                                                      Appellees

 

 

 



From the 240th District Court

Fort Bend County, Texas

Trial Court # 00-CV-116867

 



MEMORANDUM 
Opinion



 








          The
Clerk of this Court notified the parties that the appellant=s
brief was overdue in this cause and that the appeal would be dismissed if an
appropriate response was not filed within ten days.  The Court has received no response.  Accordingly, the appeal is dismissed for want
of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3.

PER CURIAM

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
dismissed








Opinion
delivered and filed November 3, 2004

[CV06]